**Electronically Filed
Supreme Court
SCPW-22-0000003
20-JAN-2022
11:01 AM
Dkt. 3 ODDP**

SCPW-22-0000003

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JB, Petitioner

vs.

LK, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of habeas corpus, filed on January 4, 2022, petitioner presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 511, 512, 557 P.2d 787, 788 (1976). Therefore,

It is ordered that the petition for writ of habeas corpus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, January 20, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

